IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| M. A. BENTLY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:05CV71 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNITED TRANSPORTATION UNION and | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' Amended Joint Motion to Extend Deadline to Submit Report of Parties' Planning Conference (Filing No. 22). The parties seek to delay the meeting requirement until after the district court rules on the pending motions to dismiss. **See** Filing Nos. 14 and 16. The undersigned magistrate judge finds that such relief should be granted.

**IT IS ORDERED:**

1. The parties' Joint Motion to Extend Deadline to Submit Report of Parties' Planning Conference (Filing No. 21) is denied as moot.

2. The parties' Amended Joint Motion to Extend Deadline to Submit Report of Parties' Planning Conference (Filing No. 22) is granted, as set forth below.

3. The parties shall have twenty (20) days after the resolution of the motions to dismiss to meet, confer and file a report with the court pursuant to Rule 26.

Dated this 29th day of June, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge