IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| M.A. Bently, Tyson Buffington, | ) | Case No. 8:05CV71 |
| Dave Chessmore, K.R.Christner, | ) | |
| Terry Coon, Ted J. Daniels, Chris Elsten, | ) | |
| J.R. Erickson, Rick L. Fletcher, John Gray, | ) | |
| Todd J. Gutschenritter, Steven L. Hatton, | ) | |
| Irving F. Hiatt, Kevin E. Hosselkus, | ) | |
| R.D. Hund, Kevin Knepp, Danny R. Kramer, | ) | |
| R.J. Krukemeyer, M.A. Miller, Kenneth Moore, | ) | |
| W.B. Niles, Tony Ostrander, J.W. Phipps, | ) | |
| Ray F. Ravenscroft, C.A. Reed, M.K. Saathoff, | ) | |
| G.K. Schaneman, Jay R. Schneider, | ) | ORDER |
| John Schneider, G.C. Scovill, D.R. Sieveke, | ) | |
| Carlos Streit, L.J. Studley, Gary D. Thompson, | ) | |
| R.J. Trujillo, A.J. Vigil, Heath Wadsworth, | ) | |
| G.J. Waring, M.S. Wilson, J.D. Zogg, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED TRANSPORTATION UNION, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter came before the Court on Plaintiff, G. K. Schaneman's Motion to Dismiss (filing no. 43). The Court finds that Plaintiff, G. K. Schaneman's Motion to Dismiss should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff, G. K. Schaneman's Motion to Dismiss (filing no. 43) is granted and Plaintiff is dismissed from this lawsuit without prejudice.

DATED this 19th day of May, 2006.

BY THE COURT:

s/Joseph F. Bataillon
United States District Judge