IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| M.A. Bently, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:05CV71 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNION TRANSPORTATION UNION, et al, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motions of Corey L. Stull to withdraw as counsel for the plaintiffs Tyson Buffington (Filing No. 110), Terry L. Coon (Filing No. 111), Chris Elsten (Filing No. 112), Rick L. Fletcher (Filing No. 113), Carlos Streit (Filing No. 114), John Gray (Filing No. 115) and G. C. Scovill (Filing No. 116). Mr. Stull states he has been unable to contact these seven plaintiffs to obtain discovery or ascertain if they intend to remain plaintiffs in this case. Mr. Stull filed affidavits in support of his attempts to contact these plaintiffs. The certificate of service for the motions reflect they were each served on the subject plaintiffs. No new counsel has made an appearance on behalf of any of these plaintiffs. Therefore, the plaintiffs shall have an opportunity to respond to the motion and/or obtain substitute counsel. Mr. Stull intends to remain counsel for the other plaintiffs. Upon consideration,

**IT IS ORDERED:**

1. The motions of Corey L. Stull to withdraw as counsel for the plaintiffs Tyson Buffington (Filing No. 110), Terry L. Coon (Filing No. 111), Chris Elsten (Filing No. 112), Rick L. Fletcher (Filing No. 113), Carlos Streit (Filing No. 114), John Gray (Filing No. 115) and G.C. Scovill (Filing No. 116) are held in abeyance.

2. The subject plaintiffs shall have to **on or before April 2, 2007**, to respond to the motions to withdraw by filing a brief with the Clerk of Court. If no response is received or if substitute counsel has entered an appearance by that date, the motions to withdraw will be granted. If the motions to withdraw are granted and substitute counsel has not

entered an appearance, these plaintiffs will be considered proceeding *pro se* and counsel for the defendants may communicate with these plaintiffs directly regarding this case.

     3.    Counsel for the plaintiffs shall mail a copy of this order to each of the subject plaintiffs at their last known addresses.  Additionally, counsel for the plaintiffs shall file with the court a single certificate of service as evidence of such service.

DATED this 2nd day of March, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge