# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| M.A. BENTLY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:05CV71 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNION TRANSPORTATION UNION and | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court *sua sponte*. The pretrial conference previously scheduled for March 16, 2007, and the jury trial scheduled for April 16, 2007, are continued, *sine die*. The pretrial conference and trial will be rescheduled after resolution of Corey L. Stull's motions to withdraw as counsel for the plaintiffs Tyson Buffington (Filing No. 110), Terry L. Coon (Filing No. 111), Chris Elsten (Filing No. 112), Rick L. Fletcher (Filing No. 113), Carlos Streit (Filing No. 114), John Gray (Filing No. 115) and G. C. Scovill (Filing No. 116).

**IT IS SO ORDERED.**

DATED this 6th day of March, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge