## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| M.A. BENTLY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:05CV71 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNION TRANSPORTATION UNION and | ) | |
| UNION PACIFIC RAILROAD CO., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motions of Corey L. Stull to withdraw as counsel for the plaintiffs Tyson Buffington (Filing No. 110), Terry L. Coon (Filing No. 111), Chris Elsten (Filing No. 112), Rick L. Fletcher (Filing No. 113), Carlos Streit (Filing No. 114), John Gray (Filing No. 115) and G. C. Scovill (Filing No. 116). Mr. Stull states he has been unable to contact these seven plaintiffs to obtain discovery or ascertain if they intend to remain plaintiffs in this case. Mr. Stull filed affidavits in support of his attempts to contact these plaintiffs. The certificate of service for the motions reflect they were each served on the subject plaintiffs. No new counsel has made an appearance on behalf of any of these plaintiffs. On March 2, 2007, the court entered an order holding Mr. Stull's motion in abeyance and allowing the plaintiffs an opportunity to respond to the motion and/or obtain substitute counsel. None of the subject plaintiffs responded to the court's order. Mr. Stull intends to remain counsel for the other plaintiffs. Upon consideration,

**IT IS ORDERED:**

1.     The motions of Corey L. Stull to withdraw as counsel for the plaintiffs Tyson Buffington (Filing No. 110), Terry L. Coon (Filing No. 111), Chris Elsten (Filing No. 112), Rick L. Fletcher (Filing No. 113), Carlos Streit (Filing No. 114), John Gray (Filing No. 115) and G.C. Scovill (Filing No. 116) are granted.

2.     The plaintiffs Tyson Buffington, Terry L. Coon, Chris Elsten, Rick L. Fletcher, Carlos Streit, John Gray and G.C. Scovill are now proceeding *pro se* and counsel for the defendant may communicate with these plaintiffs directly.

3.      The court will hold a scheduling conference for the purpose of scheduling this matter to trial.  The scheduling conference will be held **on April 25, 2007, at 3:30 p.m.**, in Courtroom No. 7, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Counsel for the parties or the parties themselves, if proceeding pro se, must attend this conference, in person, or make arrangements to attend by telephone no later than April 19, 2007, by calling the undersigned magistrate judge's chambers at 402-661-7343.

4.      The Clerk of Court shall send a copy of this order to each of the pro se plaintiffs:

| | | |
|---|---|---|
| Tyson Buffington<br>900 East 6th St.<br>North Platte, NE 69101 | G. C. Scovill<br>2405 W. 16th St.<br>North Platte, NE 69101 | Terry Coon<br>1306 W. 6th St.<br>North Platte, NE 69101 |
| Chris Elsten<br>602 W. 9th St.<br>North Platte, NE 69101 | John Gray<br>2417 West 16th St.<br>North Platte, NE 69101 | Carlos Streit<br>2916 Birchwood Rd.<br>North Platte, NE 69101 |
| Rick L. Fletcher<br>809 W. 10th St.<br>North Platte, NE 69101 | | |

DATED this 3rd day of April, 2007.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge